UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  8:05-CR-219-T-30AEP

WENCESLADO CAICEDO-MOSQUERA

## MOTION BY THE UNITED STATES FOR
## DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
## BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing
Guidelines, Title 18, United States Code, Section 3553(e), Federal Rules of Criminal
Procedure, the United States moves this Court to grant a six-level reduction in the
defendant's total offense level, and in support thereof states as follows:

The defendant began cooperating with law enforcement after his arrival and guilty
plea in the Middle District of Florida.  The defendant's decision to cooperate and plea
substantially assisted the Government in the investigation and prosecution of the other
narcotics traffickers by providing a truthful account of the knowing and voluntary
participation of these individuals in large-scale international narcotics trafficking activity.
This cooperation was provided in order to obtain indictments and/or testify against
defendants pending trial in the Middle District of Florida.

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to
reflect a defendant's substantial assistance.  USSG §5K1.1.  The United States believes
that, because of his efforts on behalf of the United States, Wenceslado Caicedo-Mosquera

should receive a six-level reduction in his offense level for his assistance.  The Government is prepared to advise the Court, <u>in camera</u>, of the nature and extent of the defendant's cooperation.  In the event the Court grants the instant motion and departs one levels downward, the defendant's advisory guideline range would be 135-168 months, based upon a Total Offense Level of 33, Criminal History Category I.

<u>CONCLUSION</u>

For the foregoing reasons and the circumstances to be presented <u>in camera</u> to the Court at sentencing, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney


By:    */s/ JOSEPH K. RUDDY*
JOSEPH K. RUDDY
Assistant United States Attorney
AUSA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6338
Facsimile:    (813) 274-6125
E-mail:        joseph.ruddy@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Guy Turner, Esq.

*/s/ JOSEPH K. RUDDY*
JOSEPH K. RUDDY
Assistant United States Attorney
AUSA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6338
Facsimile:   (813) 274-6125
E-mail:      joseph.ruddy@usdoj.gov
